IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LISA WATKINS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | Civil Action No. 3:23-CV-00569 |
| | § | (JURY) |
| ROOT INSURANCE COMPANY, | § | |
| | § | |
| DEFENDANT. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Root Insurance Company ("Defendant"), timely files this Notice of Removal pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1332(a), and 28 U.S.C. §1446(b), removing this action from County Court at Law No. 2 of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Beaumont Division, and in support thereof shows as follows:

**A.     Introduction**

1.     Plaintiff Lisa Watkins ("Plaintiff") commenced this lawsuit against Defendant in County Court at Law No. 2 of Dallas County, Texas, by filing her Original Petition on or about February 22, 2023. A true and correct copy of the Original Petition is attached hereto as Exhibit "A." A true and correct copy of Defendant's Answer to Plaintiff's Original Petition and Defendant's Jury Demand filed on March 13, 2023 is attached hereto as Exhibit "B."

2. Plaintiff served the Original Petition on Defendant Root Insurance Company on February 23, 2023. Defendant is filing this Notice of Removal within 30 days of its first receipt of Plaintiff's Original Petition as required by 28 U.S.C. § 1446(b).

3. Plaintiff seeks to recover damages in this lawsuit based on allegations of breach of contract, violations of the Texas Insurance Code and seeks a Declaratory Judgment. Plaintiff's claims arise under an automobile policy of insurance issued by Defendant. Plaintiff alleges she was injured in a motor vehicle accident with an underinsured motorist.

4. In accordance with 28 U.S.C. §1446(a), attached hereto are (i) an index of all matters filed in this case; (ii) a copy of the state court docket sheet; and, (iii) a list of all parties, their respective counsel and court information attached hereto as Exhibit "C."

**B.    Jurisdiction & Removal**

5. In a removal situation, the burden is on the removing party to establish the existence of jurisdiction and the propriety of removal. *Manguno v. Prudential Property and Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002). This Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00. Accordingly, statutory authority for the removal of this matter is conferred by 28 U.S.C. §§ 1441 and 1446.

6. Complete diversity under 28 U.S.C. § 1332 exists in this case. Plaintiff is a citizen of the State of Texas. The policy issued by the Defendant was underwritten by Root Insurance Company, a Delaware corporation with a principal place of business in Ohio.

7. In addition, the amount in controversy meets the minimum jurisdictional requirements under 28 U.S.C. § 1332. Here, Plaintiff's Petition states he is seeking monetary relief

in excess of $250,000.00. The face of the plaintiff's pleading makes clear the amount in controversy exceeds $75,000.00.

8. Venue is proper in this district and division under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district and division.

9. Contemporaneous with the filing of this Notice of Removal, Defendant is filing a Notice of Filing Notice of Removal with the Clerk of County Court at Law No. 2 of Dallas County, Texas pursuant to 28 U.S.C. § 1446(d).

10. Attached hereto are all documents required by 28 U.S.C. § 1446(a).

11. Defendant demanded a jury in the state court action. Defendant also requests a trial by jury pursuant to Rule 81(c)(3)(A), Federal Rules of Civil Procedure.

12. All fees required by law in connection with this Notice have been tendered and paid by Defendant.

WHEREFORE, Defendant Root Insurance Company hereby removes the above-captioned matter, now pending in County Court at Law No. 2 of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

**SHEEHY, WARE, PAPPAS & GRUBBS, P.C.**

 /s/ *Dawn A. Moore*
George P. Pappas
State Bar No. 15454800
gpappas@sheehyware.com
Dawn A. Moore  – Attorney in Charge
State Bar No. 24040447
Fed. Adm. No. 558181
Dmoore@sheehyware.com
2500 Two Houston Center
909 Fannin
Houston, Texas  77010
713-951-1000
713-951-1199 – Fax

**ATTORNEYS FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded in accordance with the Federal Rules of Civil Procedure on this the 15th day of March, 2023 to the following counsel of record:

*Counsel for Plaintiff:*
Kyle D. Williams
**Johnson, Zegen, Scott & Williams, PLLC**
12222 Merit Drive, Suite 1203
Dallas, Texas 75251
Email:  **kyle@jzswlaw.com**

/s/ *Dawn A. Moore*
Dawn A. Moore

6496941